April 17, 2007

UNITES STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

LOUIS M. GIRAITIS
VS.
THE STATE OF RHODE ISAND AND PROVIDENCE PLANTATIONS

CA 07 146S

LOUIS M. GIRAITIS INTENDS TO SHOW THE FEDERAL DISTRICT COURT THAT THE STATE OF RHODE ISLAND VIOLATED HIS CONSTITUTIONAL RIGHTS. WHEN THE COURT WORKERS OVERSTEPPED THEIR BOUNDARIES IN CONSISTANCIES AND PROCECEDURE BY ORDERING CRUEL AND UNUSUAL INSTRUCTION (Punishment)TO THE PLAINTIFF IN REGARD TO A MISDAMEANER COMPLAINT AND CHARGE AND SENTENCE.

THE PLAINTIFF IN THIS HEARING CONTENDS THAT IT WAS THE DISTRICT COURT JUDGEMENT THAT THE DEFENDANT IN THE CASE DOES WHAT HE THE DEFENDANT DEEMS PROPER AND CONSISTANT WITH THE LAWS OF RHODE ISLAND AND ESPECIALLY THE FEDERAL LAWS AND CONSTITUTION OF THE UNITED STATES. TO AVOID BEING ARRESTED IN THE PERIOD AFTER THE SENTENCE ISSUED BY THE JUDGE. ALSO TO DO ALL THAT HE CAN IN AIDING LAW ENFORCEMENT IN ANY INVESTIGATION, IN WHICH THEY SEEK HIS ASSISTANCE AND EXPERTISE.

FOR SOME UNUSUAL AND ERRONEOUS REASON. THE COURT WORKERS SPECIFICALLY INTEREFARED WITH THE HEALTH CARE CHOICES OF THE LOUIS GIRAITIS WHICH HAS NEITHER NO BEARING, SCIENTIFIC PROOF OR EVIDANCE IN REGARD TO LOUIS' MISDAMEANER SENTENCE OR CONVICTION. FOR OVER TWENTY FIVE YEARS LOUIS' HEALTH CARE. THE SAME CARE THAT LOUIS HAS CHOSEN HAS NO SCIENTIFIC LINK TO ANY VIOLATIONS REGARDING THE LAW.

THIS HEALTH CARE WHICH LOUIS HAS CHOSEN AND TO REGULATE ACCORDING HIS SELF MONITORING OF HIS HEALTH NEEDS. HAS ALLOWED HIM TO WORK SAFELY AROUND HIGH VOLTAGE POWER LINES , TO USE CHAIN SAWS IN AN EXPERT MANNER, OBTAIN A STATE LICENSE FOR HAZARDOUS TREE WORK, AND OBTAIN A FEDERAL LICENCE FOR OPERATING EQUIPMENT WEIGHING 1000,000 POUNDS OR MORE AROUND PEOPLE. IN A MANNER CONSISTANT WITH FEDERAL GUIDELINES.

LOUIS' SELF MONITORING OF HIS HEALTH IS CONSISTANT WITH DIABETICS AND OTHER HEALTH CONDITIONS IN REGARD TO APPROPIATE RESPONSES AS WARRANTED IN SELF MONITORING HEALTH CONDITIONS.

THE STATE COURT WORKERS ARE TRYING TO ERRONOUSLY STATE THAT FOR SOME UNFOUNDED REASON THAT LOUIS CHANGE HIS HEALTH CARE PROVIDER BASED ON A ONE TIME MISDAMEANER OFFENSE. AGAIN WITH NO SCIENTIFIC PROOF OR EVIDANCE GOING BACK TWENTY FIVE YEARS OR AFTER THE SENTENCE.

THE COURT SHOULD BE AWARE THAT LOUIS HAS EXTENSIVELY DONATED OR FOR A REDUCED RATE VOLUNTEERED HIS TIME AND EXPERTISE AND RESOURSES, TO THE FEDERAL, STATE AND LOCAL GOVERNMENTS. BASED ON LOUIS' FORMAL AND INFORMAL EXTENSIVE EDUCATION AND PRACTICAL EXPERIENCE IN VOCATIONAL, CIVIC AFFAIRS AND GOVERNMENTAL PROCEDURES.

I ALSO WOULD LIKE TO STATE THAT THE PLAINTIFF IS A PRACTISING CATHOLIC, HAS EXTENSIVE TIES TO THE COMMUNITY AND FEDERAL GOVERNMENT THROUGH HIS FAMILY. HAS MEMBERSHIP THROUGH PROFFESIONAL ORGANISATIONS.

IS A EAGLE SCOUT AND WAS A SCOUTMASTER AND COMMITTEE CHAIRMAN OF TWO BOY SCOUT TROOPS. HE ALSO TAUGHT CATECHISM FOR OVER TEN YEARS AND WAS ACCEPTED INTO THE DIOCESE OF PROVIDENCE PRIEST FORMATION PROGRAM.

WAS RAISED IN A FAMILY OF TWELVE IN WHICH THE MAJORITY HAS AT ONE TIME OR ANOTHER HAS WORKED DIRECTLY AND INDIRECTLY WITH THE FEDERAL GOVERNMENT IN PLANNING OR CARRYING OBJECTIVES OF THE FEDERAL GOVERNMENT ON A PAID AND UNPAID BASIS.

FURTHERMORE THE PROBATION OFFICE HAS ACCEPTED UNFOUNDED CLAIMS AGAINST LOUIS' EXEMPLARARY EXPERIENCES IN CHARACTER AND SOUND JUDGEMENT AS ACCEPTED BY CIVIC,RELIGIOUS AND FEDERAL GOVERNMENT OVERSIGHT INTO LOUIS LIFE AND ACTIONS.

BY OTHER STATE WORKERS WHO ARE ATTEMPTING TO WITHHOLD LOUIS' RIGHT TO VISIT HIS BROTHER AND HAVE MADE ERRONEOUS ALEGATIONS TO LOUIS' PROBATION OFFICER WITH OUT SUBSTANIATED EVIDENCE AND HAVE

DELIBERATELY ATTEMPTED TO MISLEAD THIS COURT WORKER, WITH LIES AND BASELESS ALEGATIONS. ALL THE WHILE THESE WORKERS ARE RECEIVING FEDERAL FUNDS FOR THEIR WORK THEY HAVE ALSO OBSTRUCTED JUSTICE IN REGARD TO STATE POLICE INVESTIGATIONS INTO THEIR CONDUCT.

THE PLAINTIFF IS SEEKING A JUDGEMENT PROHIBITING INTEREFARENCE TO LOUIS CONDUCT RELATING TO HIS HEALTH CARE AND ATTEMPT TO LIVE A LAWFUL PROBATION PERIOD. HE ALSO IS SEEKING $ 100,000 DOLLARS IN DAMAGES FROM THE ELEANOR SLATER HOSPITAL ADMINISTRATORS FOR PUNITIVE, EMOTIONAL DAMAGES AND DAMAGEING STATEMENTS TO LOUIS' REPUTATION COMMITED BY THESE COURT AND HOSPITAL WORKERS.

LOUIS M. GIRAITIS
PROVIDENCE COUNTY
PLAINTIFF

STATE OF RHODE ISLAND AND PROVIDENCE PLANTAION
ALL COUNTIES IN THIS STATE AS MENTIONED ABOVE
DEFENDANT

Louis M. Giraitis 4-20-07