AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

LOUIS M. GIRAITIS

**SUMMONS IN A CIVIL CASE**

V.

THE STATE OF RHODE ISLAND & PROVIDENCE PLAN

CASE NUMBER:

CA 07 1465

TO: (Name and address of Defendant)

STATE OF RHODE ISLAND AND PROVIDENCE PLA.
GOVERNOR DONALD CARCIERI
R.I STATE HOUSE
SMITH STREET
PROVIDENCE, R.I

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LOUIS M. GIRAITIS
35 JENKS ST
EAST PROVIDENCE RI
02914

an answer to the complaint which is herewith served upon you, within [redacted] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Burke
Chief Deputy Clerk

CLERK

4-24-07

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6-20-07 |
| NAME OF SERVER *(PRINT)* | TITLE United State Marshal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 82 Smith Street, Providence, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-20-07
Date

Burton Stallwood
Signature of Server

2 Exchange Terrace, Providence, RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.