DLM

July 26, 2007

UNITES STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

LOUIS MARK GIRAITIS
VS.
THE GOVERNOR FOR THE STATE OF RHODE ISAND AND PROVIDENCE PLANTATIONS
CASE NO. CA 07 146 S

I LOUIS GIRAITIS
FORMALLY REQUEST TO THE CASE JUDGE WHO IS PRESIDING OVER THIS CASE.
TO OFFICIALLY ORDER THE STATE OF RHODE ISLAND THE A JUDGEMENT PROHIBITING OF INTEREFARENCE TO LOUIS CONDUCT RELATING TO HIS HEALTH CARE AND TO HALT ALL FUTURE INTEREFARENCE IN REGARD TO PLAINTIFFS' PROBATION.
HE ALSO IS SEEKING $ 100,000 . 00 IN DAMAGES FROM THE ELEANOR SLATER HOSPITAL ADMINISTRATORS FOR PUNITIVE, EMOTIONAL DAMAGES AND DAMAGEING STATEMENTS TO LOUIS' REPUTATION COMMITTED BY THESE COURT AND HOSPITAL WORKERS. SINCE THE STATE HAS DECIDED NOT TO CONTEST THE COMPLAINT.

ALSO IF THE COURT SEES FIT.
I AM ALSO REQUESTING A ADDITIONAL
$ THREE MILLION DOLLARS SINCE THE STATE CONTINUES TO HARRASS ME SINCE THE TIME THEY WERE SERVED WITH THIS COMPLAINT WITH POINTLESS HEARINGS REGARDING MY HEALTH CARE.

THE CASE WAS SERVED TO THE STATE USING A .U.S. MARSHAL ON 7 – 20 – 2007 . THE STATE HAD 21 BUSINESS SESSIONS TO ANSWER. THE GOVERNOR CHOSE NOT TO CONTEST, DUE TO THE OVERWHELMING ARGUEMENT AND EVIDENCE AVAILABLE FOR THE POSSIBLE TRIAL .

THE PLAINTIFF ALSO REQUEST THAT A INVESTIGATION BE HELD . REGARDING THE POSSIBILTY OF OBSTRUCTION OF JUSTICE.

SINCE A GATEWAY EMPLOYEE / DON BOLDEN A STATE SUB – CONTRACTOR TRIED TO PREVENT THE PLAINTIFF FROM EXERCISING HIS CONSTITUTIONAL RIGHT TO PETITION THIS COURT AND FILE A COMPLAINT WITH THE .U.S. DISTRICT ATTORNEY OFFICE. SINCE HE FILED A WRITTEN COMPLAINT ATTESTING TO THIS FACT .

HE ALSO FILED A FALSE REPORT WITH A RHODE ISLAND DISTRICT JUDGE , STATING I THREATENED HIM WITH BODILY HARM . WHEN IN FACT I STATED TO HIM THAT I INTENDED TO FILE A CASE AGAINST HIM AND THE RHODE ISLAND COURT WORKER ( SHARON PINE ) IN .U.S. DISTRICT COURT REGARDING THIS CASE .

RESULTING IN ME BEING HELD AGAINST MY WILL FOR TEN DAYS IN A PSYCHIACTRIC HOSPITAL , IN WHICH I WAS INSULTED AND EMOTIONALLY ABUSED AND DEMORALIZED.
ALL BECAUSE OF THIS PHONY REPORT.

I ALSO WANT THE COURT TO KNOW THAT SHARON PINE DID NOT FOLLOW THE INSTRUCTIONS ON THE DIRECTIONS ISSUED BY THE R.I. DEPARTMENT OF CORRECTIONS REGARDING MY PROBATION THAT I SIGNED AND THAT SHE WAS THE ONE WHO CONTACTED THE R.I. DEPARTMENT OF MHRH . FOR THE INTENTION TO **DISCREDIT MY REPUTATION AND ILLEGALLY** INTEREFARE WITH MY PERSONAL RELATIONSHIP WITH MY BROTHER ROBERT.

THE WEIRD THING ABOUT THIS FACT YOUR HONOR , WAS THAT I NEVER TOLD SHARON PINE MY BROTHER IS BEING HELD AT THE STATE INSTITUTION. SHARON PINE AND DON BOLDEN WHO KNEW ABOUT MY OTHER BROTHER WHEREABOUTS WENT OUT OF THEIR WAY TO SEE WHAT THE STATUS WAS BETWEEN ME AND MY BROTHER.
SHE CLEARLY WENT OUT OF BOUNDS SINCE MY BROTHER IS NOT INVOLVED WITH MY PROBATION.

MR. BOLDEN OF GATEWAY INC. AND SHARON PINE WAS TRYING TO CONCOCT PHONEY REASONS TO ALTER THE CARRYING OUT MY PROBATION INSTRUCTIONS.

I HAVE A OFFICIAL DOCUMENT THAT SHOWS MY INSTRUCTIONS FROM THE R.I. DEPT. OF CORRECTIONS CLEARLY BEYOND ALL DOUBT SHOWS THAT I WAS TOLD TO PERFORM 25 HOURS OF COMMUNITY SERVICE ONLY.

I HAVE BEEN ON PROBATION SINCE DECEMBER OF 2006 AND HAVE NOT BEEN CHARGED WITH A CRIME, OTHER THE FACT THAT I MISSED A COURT A COURT DATE DUE TO MEDICAL TREATMENT I WAS RECEIVING.

I ASKED THE COURT TO ISSUE THIS ORDER UPON RECEIVING IT SINCE I HAVE BEEN HARRASSED SINCE MARCH 2007.

[signature]

35 JENKS ST.
E. PROVIDENCE
R.I.
02914
433 3382