UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Louis M. Giraitis

v. C.A. No. 07-146S

State of Rhode Island Providence
Plantations

**SHOW CAUSE ORDER**

On or before **September 20, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the defendant. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 9/5/07