UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Louis M. Giraitis

v. C.A. No. 07-146S

State of Rhode Island Providence
Plantations

**ORDER**

Plaintiff was ordered by this Court to show cause in writing on or before September 20, 2007 why this case should not be dismissed against Defendant for lack of prosecution. No response having been filed, this case is hereby dismissed for lack of prosecution.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 9/25/07